UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**SCOTT BENJAMIN HANSON,**              Civil No. 07-3575 JMR/SRN

      **Petitioner,**

**v.**

                                                  ORDER

**UNITED STATES OF AMERICA,**

      **Respondent.**

---

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated August 22, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

    Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

    IT IS HEREBY ORDERED that:

    1. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241, (Docket No. 1), is construed to be a motion to vacate his conviction and sentence pursuant to 28 U.S.C. § 2255; and

    2. The Clerk of Court is directed to re-file Petitioner's submissions in this case, and docket them as a § 2255 motion in <u>United States v. Hanson</u>, Crim. No. 04-208 (JRT/FLN).

DATED: September 26, 2007.

                                                  s/James M. Rosenbaum
                                                  James M. Rosenbaum
                                                  Chief Judge United States District Court